UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

James Floyd,
           Plaintiff,

VS                                    Case No. _____

Idaho Department Of Corrections,      Initial Complaint
Josh Tewalt (Director).               Jury Demand
Randy Valley, (Warden of
Idaho state Correctional Center.

Kasey Holm (DON), Kara Boyer (HSA)
NP's Barash, Thorn and Crossley.
Rona Siegeat (Health Service Director
Jame or John Doe  1-3, Dr Khatian

Centurion Medical Carp.

ISCC Indigent Legal Paper

Initial Complaint   —  1

Radha Sadacharan. (Medical
Director - Centurion )
Jane or John Doe 4-6

## Jurisdiction

1.) The United States District court for Idaho has Jurisdiction
over my claims Pusuant to:

$\qquad$ 42 USC § 1983, redress for Vialation of Civil Rights

$\qquad$ 28 USC § 1343 (a)(3) redress for Vialation of rights under State
law.

$\qquad$ 28 USC § 1332 (a) Diversity Jurisdiction, as Centurion
corp. is located in the state of Tennessee

$\qquad$ 28 USC § 1367 Supplemental Jurisdiction, under the Idaho
tort Claims act. Idaho Code § 6-901 - 6-929

## Introduction

2.) This is a § 1983 action filed by the Plaintiff, James Floyd
a State Prisoner, alleging vialations of his constitutional Rights
to recieve medical care and seeking injective relief and
money damages. The Plaintif also seeks damages under

The Idaho tort Claims act. 6-901-6-929, Third Party breach of Contract, and requesting a Jury trial

## Exhaustion Requirement

3) I exhausted the Idaho Department of Correction, Grievance and Informal resolution Procedure for offender # 316.02.01.101 receiving my Appellate Authority response, from Rona Siegert, on June 1, 2022, Level three

I exhasted my Notice of Tort Claim under Idaho Code § 6-905 on July 11th 2022,    139 days after the first denial of medical Treatment

## Parties

4) Plaintiff, James Floyd, at all relevant times has been a US Citizen confined at the Idaho State Correctional Center. PO Box 70010, Boise, Idaho 83707.

5) Defendant, Josh Tewalt, director of the Idaho Department of Correction and at all relevant times opperated under the statutes and laws of Idaho. 1299 North orchard st. Boise, Idaho 83706

ISCC Indigent Legal Paper

Initial Complaint          3

<u>Defendants</u>

6) Defendant, <u>Randy Valley</u>, Warden Idaho state Correctional Center, and at all times relevant opperated under the statute and laws of Idaho. 14601 South Plesant Valley Rd Kuna, Idaho 83634

7) <u>Kasey Holm</u>, Director of Nursing, Idaho State Correctional Center, Employed by the Department of Correction, and acting Under state law. 14601 South Pleasant Valley Rd, Kuna, Idaho 83634

8) <u>Kara Boyer</u>, Health Services Administrator, Employed by the Idaho Department of Corrections, opperating under state law at the Idaho State Correctional Center. 14601 South Pleasant Valley Rd Kuna Idaho 83634

9) Defendant, _____ Barash, Nurse Practitioner employed by the Idaho Department of Corrections, at the Idaho State Correctional Center opperating unde the color of state law. 14601 South Pleasant Valley Rd Kuna, Idaho 83634

10) Defendant, Tena Thorn, Nurse Practitioner employed by the Idaho Department of Corrections, at the Idaho state Correctional Center opperating under the color of state law. 14601 South Pleasant Valley Rd, Kuna, Idaho 83634

ISCC Indigent Legal Paper

Initial Complaint        4

11) Defendant _____ Crossley, Nurse Practitioner employed by the Idaho Department of Corrections at the Idaho State correctional center, acting under the color of state law. 14601 South Pleasant Valley Rd. Kuna Idaho 83634

12) Defendant, Rona Siegert, Health Services Director, employed by the Idaho Department of Corrections, opperating under the color of State law. 14601 South Pleasant Valley Rd  Kuna, Idaho 83634

13) Defendant Dr Khatain, Psychiatrist, employed by the Idaho Department of Correction acting under the color of State law, Providing mental Health Services. 14601 South Pleasant Valley Rd Kuna, Idaho 83634

14) Centurion Medical Corp., Private Medical Provider. under Contract With the Idaho Department of Corrections opperating under the Color of Idaho State Law. 8517 W Overland, Baise, Idaho 83709

15) Defendant, Ronda Sadacharan, Medical Director Centurion employed of Centurion medical Corp, Under Contract under the color of State law. 8517 W overland Baise, Idaho 83709

16) all Defendants are sued in thier Individual and offical Capacity

Initial Complaint        5

# Causes of Action

17) The defendants violated my Eight amendment rights to receive reasonable, adequate, comptent medical care Within Prudent Professional standard in a timely manner as fallows:

A) Idaho Department of Corrections Policy 401.06.03.044, allows that defendants to dissregaurd any order or recomedation from a specialty Consultation, by denying and Delaying treatment while they seek out a single Provider / Practitioner Who will attest that the "only" or well accepted medical treatment in the Community is Not Necessary. This allows the defendant to choose a easier less efficient alturnative treatment to save money. Desregauding the excessive risk to current and Future health.

B) Failure of IDOC, and Centurion to Properly train lower level medical Personal or have adequate Palicies in Place to insure specealty Care referals occur in a reasonable speedy manner Nat Waiting 3 1/2 to see a specialist Where a Patential life threatening Condition is Present. (Brain Aneurysn) accompanied by Chronic and substantal Pain (headaches)

<u>Failure to examine</u>

C) Failure of defendants, Kasye Halm, Kara Boyer, DR Khatain and Radha Sadacharan (Medical director Centurion) to make a Personal Physical examination of me in order to make an informed Professional Judgement as to the appropeirate form af medical treatment needed, But relied upon an un written Palicy or rule to deny and restrict medical care un-related to my medical Needs. "Nat aloud" "Cannot Prescribe" "Cannot Give" disregaurding my Pain and Suffering and current and future health Without examination.

D)         Intentionally intefering With Medical treatment once Prescribed

    On 2-23-2022, Kasey Halm, and Kara Boyer, choose nat to follow the specalest orders for melatonin, When medical had Just recived Melatonin, and they had it in thier Passession on - 2-23-2022

    On May 16th 2022, (Centurion medical director ) Radha sadacharm deneid the Prescription for melatonin Written by her own P.A. Raben Larive, Choasing to disregaurd Both Mrs Larive and the specialist. orders for treatment With melatonin disregaurding all risk to me leaving me in Pain to Suffer

<u>Collective Denial af Treatment</u>

E)  Callective in action by several medical staff to address my medical issue, by failing to fallowing thier own Palicy to have specialist recomedation be acted upon

In a timely manner, when the medication was available., Kasey Holm (director of Nursing) on 2-23-2022, Kara Boyer (Health service administrator) on 2-23-2022 and 4-13-2022, Doctor Khatian (Psychiatrist) on 3-10-2022, (Nurse Practitioner) Crassly on 3-25-2022. (Nurse Practitioner) Thorn on 5-23-2022, based on a Policy of centurion to deny and delay treatment to save money, disregarding the risk to me.

F)       <u>Supervisor corrective inaction</u>

   Kara Boyer, breched her duty, to ensure I recieved medical care in a timely manner under IDOC Policy #401.06.03.044 by not refering me to the Proper medical Personal to carry out such treatment, but acquescence in the violation, when the Policy requires the specealist recomedation to be acted upon in a timely manner

G)       <u>Inadequate Medical Staff to meet Institutional Needs</u>

   Centurion Medical corp, and Idaho Department has custom or usage of understaffing qualified and adequate medical staff to meet Institutional need resulting in systematic failure to recieve competent medical care in a timely manner, by adequately trained staff

   Initial Complaint                  8

## Facts

18) In early october 2021 I developed severly Painful headaches that felt like a sharp stabbing in my brain causing my eyes to water and my nose to sting and burn

19) When the headaches would occur it was fast and sharp causing me to stop whatever I was doing, I would Place my hands on my head until the Pain Would Pass

20) I was already taking Ibuprofen 800 mg for Joint Pain, which did not Prevent the headaches or help with the Pain. So I submitted an (HSR) health service request to be seen in medical on October 18th 2021

21) I met with either NP Thorn or Barash (I can't remember) after a brief examination the cause of the headaches was not determind, I was sent to St Lukes a few days latter for an MRI.

22) On November 8ᵗʰ 2021, I met with N.P. Barash after the MRI results came back, at which time she told me that the results showed I had, had a stroke at some point, a. (Brain Aneurysm)

23) A Brain Aneurysm is described as the "worst headache" ever experienced, and can become quickly life-threatening. Because N.P Barash lacked the medical qualifications and training she told me I would go to a specialist. (Neurologist)

24) Jane or John Doe #1 did Not schedule me an appointment to see a Neurologist until 3½ month latter on Febuary 23ʳᵈ 2022, even though the situation could quickly become life threatening, Putting me at risk, and leaving me in sever Pain.

25) During the 3½ month wait, I was still having the sharp Painful Headaches. I was going to medical daily at 3 Pm for a Diabetic insulin shot. I would talk to Nurse Becky and Kasey Holm (DON) concerning the Pain and when I was going to the Neurologist, but No one would say because of a security issue and I remained in Pain the entire time

Initial Complaint                    10

26 ) On Febuary 23ᵉᵈ 2022, I Went to Saint Lukes in meridian Idaho and Seen Michael Parker at the Neurologist office.

27.) Mr Parker was concerned that the MRI, had shown a stroke (Brain aneurysm), and the Presence of the extremely Painful headaches, as the two can be closely related.

28) Mr Parker explained that there are (2) two types of strokes. (1) "hemorrhagic stroke" which is a ruptured blood Vessel. (2) A "Ischemic stroke" is when the Brain does not get enough oxygen because of a restriction of blood Flow.

29) Mr Parker ordered 80 mg baby asprin as a blood thinner. 2ᴺᴰ A CTA head and Neck with dye Contrast to look for evidence of a blood vessel rupture or blood restriction. 3ᴿᵈ a thirty day heart monitor to insure my heart was Pumping enough blood to the brain, and Melatonin and lamicteb for stroke Prevention

30) I was warried and Concered, given that it's just not a headache but now the information indicated a more serious Problem. I ask (Neurologist Parker) What Can I do to Prevent another stroke?

31) MR. Parker said there is two (2) types of medications one for each type of stroke, (1) one is Lamictal, which I was already on 150 mg, and Now 200 mg. (2) Was Melatonin, so Mr Parker Wrote on Order for Melatonin on Febuary 23ᵗᵈ 2022.

32) When I returned to the Prison, Nurse Becky was doing a return Check-in. She took vital signs, review the medical Paperwork and review the medical orders from the Doctor. (Neurologist)

33) Nurse Becky, told Kasey Holm (Director of Nursing) that the Neurologist ordered: Melatonin, 80 mg baby asprin, a CTA head and Neck With Contrast. and a 30 day heart monitor.

34) Kasey Holm, turned to Kara Boyer (The Health Services administrator) and stated "Hey we have something we can use all that Melatonin on we Just Got, they ordered Floyd melatonin"

35) I Was imedeatly informed I Would Not be getting the melatonin that was ordered by the Neurologist, even though Kasey Holm Just stated they had Just got a Shipment of melatonin.

36) Niecher Kasey Holm or Kara Boyer are doctors, or have any specialized training, to over rule the Nuerologist medical orders.

ISCC Indigent Legal Paper

Initial Complaint    12

37) The Idaho Department of Correction and Their Contract Medical Provider, have a unwritten Policies or Rules to restrict Certian over the Counter Medication unrelated to an Individual Prisoners Medical Needs to save money, because Centurion is a medical for Profit Orginzation

38) After being told / hearing that medical had just recieved a Shipment of melatonin I sent a Health Service request asking why I Would Not be getting the melatonen on Febuary 23ʳᵈ 2022, and What is going to be done?, but Never recieved a reply.

39) The Idaho Department has a Policy # 401.06.03.044 Continuity of Care During incarceration. Director Josh Tewalt, is the Ultimate Policy maker for IDOC, Warden, Randy Valley, aß the Idaho State Correction Center is responsible to insure this Policy is Carried out in his facility, and The Private medical Provider is bond by IDOC Policy.

40) Policy # 401.06.03.044  States in Relevant Part:
    Recommendations from a specialty Consulation are reviewed and acted upon by the Provider In a timely manner, Any change in the specialty treatment recomedations, are Clinically

ISCC Indigent Legal Paper

Initial Complaint        13

Indicated and Justification for the alternative treatment Plan is documented and shared with the Patient. Josh Tewalt is the Policy maker. This Policy allow the administration to seek a Provider, to overrule a specialist recommendation, That the only or well accepted medical treatment is not neccessary.

41) On February 26th 2022, I sent a concern form to Kasey Holm about being told, I Would not get the melatonin on 2-23-2022, why? and what is going to be done?, and was I scheduled for a CTA?

42) Kasey Holm (DON) responded CTA was submitted for review, Next step pending. I Will reach out about the melatonin. I suggest submitting a HSR to mental health for sleep mood. Kasey Holm has a medical order for melatonin and refuseing to follow it. She is suggesting I contact the Doctor Khatain (Psychiatrist) who specializes in mental disorders, (Thought and Emotion) to request treatment for a Neurology Problem With my brains Nervous system. Two different areas of expertise. She is denying and delaying Treatment

43) After spending (5) five days in the hospital, March 5-10th I I submitted the HSR to mental health, but heard Nothing back.

44) I subbmitted an innate concern to Doctor Khatain, his assistant JoJo Mc Cormick responded on Doctor Khatian's behalf

Initial Complaint        14

45). "Mr Floyd your Concern was Passed on to Dr Khatain, his response was; I am Not allowed to Provide health food supplies Which what melatonin is Considered. I am not sure if medical Can either, but you'll Need to take that up with them."

46) I Do Not believe Dr Khatian has any specialized expertise in the field of Neurology. Dr Khatian Never talked to me Concerning the headaches, or stroke Nor conduct any type of examination of me in connection with either of them

47) DR Khatian did Not disagree with the melatonin, Nor did Dr Khatian suggest any alternative to suggest a deference in medical Judgement, Just he was Not allowed

48) Idaho Department of Corrections and Centurion have a Policy or Rule restricting access to medication unrelated to an individual medical Needs, or security concerns

49.) On March 25$^d$ 2022, I filed a grievance stating: at a Neurology appointment on 2-23-22 at saint lukes meridian Idaho Michael Parker said I should take lamictal and melatonin to help prevent further strokes while awaiting a CTA head and Neck, I am already on lamictal but being denied the melatonin

ISCC Indigent Legal Paper

Initial Complaint        15

for some reason. This Increases my chances to have another stroke, It is also failure to follow the physician's orders.

50) While the grievance was pending, I went to medical and I was seen by N.P. Crossley and an unknown Lady. N.P. Crossley reviewed my medical file and said I should be on melatonin because it states so several places in the file. N.P. Crossley sent an E-mail to Dr Khatain concerning the melatonin, The content of the email is unknown, but N.P. Crossley also done nothing about it either, leaving me in pain and at risk.

51) On 4-4-2022, Kasey Holm, (Don) responded to my grievance "Mr Floyd I have contacted the regional medical director for more information regaurding the orders for melatonin from your Nuerologist. I reviewed the file the Dates from the Nueralogist state the melatonin is for Readaches, note for stroke prevention. They state the reasoning is because you cannot have another med due to your stroke history. Dr. Khatain documented he cannot prescribe health food supplements, which is what Melatonin is considered. Per the regional medical director we cannot give melatonin from a medical standpoint because it is considered a mental health medication". I would advise you to request a provider appointment to discuss options"

ISCC Indigent Legal Paper

Initial Complaint        16

52) Neither Dr Khatian or Radha Sadacharan (Centurion's Medical director) has never Personally Preformed any type of Physical examination of me In order to make an informed medical Judgement as to what Treatment I need. Both rely on a "Cannot Prescribe" or "Cannot Give" rule or Policy to deny any type of treatment without examination.

53) Kara Boyer, is The health services administrator for the Idaho State correctional center. Mrs Boyer, is responsible to Insure that the day to day operations of the medical Service are carried out, Policy is followed and inmates receive Medical Care. and the medical Department is functional, and staff available.

54) Kara Boyer, (in a supervisor Capacity) responding to my grievance stated: Centurion Providers are not required to follow recomendations of offsite Providers. If an offsite Provider recomends or Prescribe a medication, Please be advised it is at the discretion of Centurion if they apply those recomendations to your Case Plan of Care. According to a note in your chart Written by Dr Khatian, he states that he is not allowed to Prescribe health food supplements which is what melatonin is Considered If you Would like to discuss further With a Provider or Dr Khatian Please submit an HSR.

Kara Boyer is denying and delaying Treatment as she is requiring me to go back to the medical Personal I Just Kited

ISCC Indigent Legal Paper

Initial Complaint    17

55) According to Idaho Department of Corrections medical Policy Continuity of Care During Incarceration # 401.06.03.044
    Recomedations from a specialty consultation are reviewed and acted upon in a timely manner. Any changes in specility treatment recomedations are clinically indicated and Justification for an alternative treatment Plan is documented and shared with the patient

56) Kara Boyer, breached her duty under this Policy. When she failed to interveen, with me not getting treatment. This Policy requires the recomendation to be acted on in a timely manner, and also requires Justification for an alternative treatment Plan. "I am not allowed" is not a Clinical Justification to treatment not being Provided, or sound medical Judgement on facts

57) There is not a single Nurse, Nurse Practioner, Physician Assestant, Doctor, Provider, or Psychiatrist at the Idaho state Correctional center, that has any specialized training, in the field of Neurology, as there would have been no reason to send me off confound for evaluation by a specialist

58) On 4-18-2022, I filed another (HSR) requesting something be done for the sharp stabbing Pain headaches, that they stop me from doing whatever I am doing, until the Pain Passes

ISCC Indigent Legal Paper

Initial Complaint    18

Everyone knows that Melatonin is the only medication I can take because of my stroke history. It says so in my medical file, and Kasey Halms, says so in the grievanc for everyone to see.

59) On 4-20-2022, Physician Assistant, Karen Larive, spoke to me briefly in H-block while she was conducting sick call. I explained eveything to her from the begining. When the headaches started, the MRI, The neuralogist appointment, being Prescribed melatonin for headaches, and to help Prevent further Strokes. That it is the only medication I can take due to my stroke history, and everyone is refusing to follow the neurologist orders

60) Mrs Larive, said she was going to medical, and review my file, and conduct some medical research on what melatonin is used for. She does Not understand why, "It's not like your asking for Narcotic medication."

61) On 4-22,2022. I suffered an extremely Painful headache and became disoreientated, and was sent from work to medical. Nursing took some vitals and dismissed me from medical

62) On May 7th 2022, I filed an appeal from Kasey Halm, and Kara Boyer's denial of my grievance, Because they know it is the only med I can take because of my stroke history. "only" means that there is No Alternative, and I am Pain, and danger of anather stroke

Initial complaint        19

63) On May 14th 2022, I filed another health service request form stating "I am still having headaches with sharp pain from the back to the front, like getting stabed, when is something going to be done?

64) On May 16th 2022, P.A. Raben Laruie came and seen me again and told me that she had reviewed my medical file, and did some research. That melatonin is recognized by the American medical association of Neuralagy, for strok Prevention, and Migraine Headaches." "So I Prescribed it for you".

65) On May 23ed 2022, I went to a cronic Care Clinic, and seen N.P Tharn, I ask her about the melatonin that P.A Raben Laruie had Prescribed for me. She would Nat answer me, and Just went on refusing to address the issue, leaving me in Pain, and at risk

66) On May 31st 2022, I seen PA Raben Laruie, in the hallway of H- Block. I ask her about the melatonin that she said she had Prescribed for me on the 16th of may 2022. She told me that she Nat only Prescribed it once, "but" twice, and Rodha sadacharan (Centurion medical Derector) Cancelled both thase Prescriptions, denying me treatment with the only medication I can take

67) On June 1, 2022, Rana Siegert (Idoc Contract medical director) modified the denial of my grievence from Kasey Holm and Kara Boyer saying; "you will be scheduled with a Provider to discuss the alternative treatment Plan (ATP) for the Melatonin that was recomended by the neurologist."

68) All of the medical Staff; Kasey Holm, Kara Boyer, DR. Khatian, NP Crassly, NP Tharn, Collectively have failed to take any type of medical action to address the Pain I have been in; or the medical condition I am having. Only submit another HSR.

69) Both Rana Siegert (Idoc Contract medical director) and Radla Sadacharan, (Medical Director Centurion) are seeking to find a Practitioner to attest to melatonin is Not a well accepted treatment for my Condition, to avoid giving me treatment

70.) PA Robin Larive's order Prescribing melatonin has been denied twice by Radla Saadcharan, and Rana Siegert is saying I'll be Scheduled to see a Provider to discuss an alternative Plan to the melatonin, two (2) weeks after PA Larive had Prescribed it. Both are refusing to fallow thier own Physician's orders, and everyone knows it is the only medication I can take. It says so in the grievane, and my file.

ISCC Indigent Legal Paper

Initial Complaint          21

71) On June 23, 2022, I sent an inmate concern to P.A Robin LaRive, to confirm that she had prescribed the melatonin for me on may 16ᵈ 2022, as she said she had done. The nursing supervisor megan christenson replied back. "she did attempt to prescribe this however the medical director denied the request."    I am being denied treatment

72) It would not be until July 19ᵈ 2022, that I would be scheduled to be seen by DR. Issac, the highest ranking medical Personal in general care at the Idaho state Correctional center, and the only Medical Doctor on staff.

73) This is forty-nine (49) days after, Rona siegert, said I would be scheduled to see a Provider for an alternative treatment Plan. This is 4.9 months sense the melatonin ordered/Recomended by the Neurologist, and (9) Nine month sense the headaches was first reported.

74) According to the Idaho Department of Correction Policy # 401.06.03.044, all of this was to be handled in a timely manner

75) Warden Randy Valley is responsible to ensure Policy is carried out. This would require that there be adequate qualified medical staff to render medical treatment in a sufeciently

IMSI Indigent Legal Paper

Initial complaint          22

timely manner. Some of the medical Personal are on a traveling Plan and stay 90 to 180 days and rotate out, and a New set arrives, requiring the new ones to have to be trained in the operating Procedure. They also only have one (1) Medical Doctor, Dr Issac, and 2000 inmates. This is so they can save money, by under staffing medical Personal.

76) I met with Dr. Issac on July 19th 2022. I explained everything from the first report of the headaches, and the sharp stabbing Pain. The MRI that reveled the stroke. The Neuralogist appointment where we dicussed the two (2) types of strokes. How the neuralagist said Lamictal and melatonin together waubd help Prevent another stroke. That melatonin is the only medication I can take because of my stroke history. That I was denied melatonin right away by the Nursing stafff, although they had it in medical at the time. How P.A. Rabin Laruve Prescribed it twice, but the medical director denied it bath times. That sense I seen the neuralagist an Febuary 23a 2022. the Pain has become more sever and frequant

77) Dr Issac said he could see in my medical file on the Computer everything I was explaining was in there. Dr Issac then said " The Neuralogist and P.A. Roben Laruve are 100% correct According to the American Medical association af Neurology far stroke Prevention and to Prevent Migraein

Initial complaint          23

headaches, Melatonin is the medecaly accepted treatment in the medical community.

78) Doctor Issac, further told me that " The severity of the Pain you are experencing, and the increase in the frequency of the headaches you are experencing are signs of another Potential stroke."

79) Sense the melatonin was Prescribed by the Neuralogist on 2-23-22, Not a sengle defendant, or anyone else, come forward to suggest any type of alternative treatment Plan, or what one may entail that even suggest a difference in medical opinion.

80) On July 19th 2022, Doctor Issac Prescribed me melatonin, Nating " It is the only medication you can take because of your stroke history."

81) Dureng the ten (10) months from October 2021 untel ~~August~~ August 18, 2022 I have lived in fear of haveng another stroke. I have been experencing Problems with my Near sight vision over the Past touple of months, and concentrating

82) Centerion medical Corperation and Idaho Department of Corrections operate on a custom, Policy or usage of understaffing an adequate Number of medical Personel to deal With the 2000 inmates at Idaho state Correctional Center

83) Centurion employees a staffing Procedure known as a traveling Nurse system & Nurses come from other states, and generaly stay from 90 to 180 day and then rotate out accarding to thier contract.

84) When the Nurses or Individual Nurse comes, he or she must be trained in the standard operating Procedures for the Institution here, as well as thier expected duties of Nursing

85) Over the Past year, I have Personaly Seen Several Nurse come and go, thru my trips to medical, Pill Calls, diabetic calls, and by speaking to them and them (Nurses) explaining they were getting ready to leave, and Not Comming back

86) If enough Nurses do Not come, or make the Security Clearance, the Nurse that have, attempt to Cover all the medical treatment responsabilities. (attempt)

Initial Complaint

87) On several occassions I have seen the higher level Nursing Staff. (Director of Nursing) (Supervisor of Nursing) act in the facility conducting; Pill call, Diabetic call, generally these have been covered by LPN, regular RN. This taking them away from thier other task, and have became fashionable late, as much as 10pm

88) The Nursing staff are task with gathering the HSR (health service request), Processing them and Scheduling for appointments for: X-Rays, Vision, Provider, Specialty Care, chronic care

89) With the staff streched extremely thin, and unqualified appointments are Nat timely scheduled, or you must wait weeks even month to see qualified staff to address your issue.

90) Took 3½ months for a specialized counseliation, Took 4.9 month to see a (qualified Provider) Dr Issac, to address the medication issue. Becaus. N.P. Jorn, and N.P. trassly, lacked the qualification when I seem them or Just choose Nat to address then.

91) I am still waiting a follow up appointment from the Testing ordered by the Neurologist on February 23-2022

Initial Complaint

Relief Requested

Injective

92) Have the defendant take care of the fallow up to see how much more damage has occured while I had to wait on the melatonin, and how it affects my future health

93) <u>Josh Tewalt</u>, Director Idaho Depertment of Corrections

Nominal          $100.⁰⁰

Punative        $250,000        Individual Capacity

Copensatory    $250,000

94) <u>Randy Valley</u>, Warden Idaho State Correctional Center

Nominal          $100.⁰⁰

Punative        $250,000        Individual Capacity

Copensatory    $250,000

95) <u>Kasey Holm</u>, Director of Nursing

Nominal          $100.⁰⁰

Punative        $250,000

Copensatory    $250,000

Initial Complaint

96) N.P. _____ Barash, Nurse Practitioner (Provider)
  Nominal        $ 100.00
  Punitive      -$ 250,000
  Compensatory  -$ 250,000

97) N.P. _____ Tharn, Nurse Practitioner (Provider)
  Nominal        $ 100.00
  Punitive       $ 250,000
  Compensatory   $ 250,000

98) N.P. _____ Crossly, Nurse Practitioner (Provider)
  Nominal        $ 100.00
  Punitive       $ 250,000
  Compensatory   $ 250,000

99) Rana Siegert, Medical Contract Director Idaho Dept Corr.
  Nominal        $ 100,00
  Punitive       $ 250,000
  Compensatory   $ 250,000

100) Kara Bayer, Health Service Administrator.
  Nominal        $ 100.00
  Punitive       $ 250,000
  Compensatory   $ 250,000

  Initial Complaint

101) <u>Doctor Khatian</u>, Psychiatrist, Idaho State Correctional Center
    Nominal    $ 100.00
    Punative    $ 250.000
    Copensatory    $ 250.000

102) <u>Jane or Thon Doe 1-6</u>
    Nominal   $ 100.00   each
    Punative  $ 250.000   each
    Copensatory $ 250.000   each

103) <u>Centurion Medical</u> Corp, Private medical Provider
    Nominal    $ 100.00
    Punative    $ 500.000
    Copensatory  $ 500.000

104) <u>Radha Sadacharan</u>, Centurion medical Director
    Nominal    $ 100.00
    Punative    $ 500.000
    Copensatory  $ 500.000

105) Presumed Damages, $ 500.000, for Damage for future health
    Problems,   Jointl and severly

Initial complaint

I declare Under the Penalty of Perjury

I James Floyd, am the Plaintiff, in this action, I have Written and read the complaint and the Information is true and correct   28 USC § 1746, 18 USC § 1621

Executed at Idaho State Correctional Center , on September 13 2022

James Floyd

Certificate of Service

I Have Not Served anyone until the Court make it's Initial Review under 28 USC § 1915 and 28 USC § 1915 (g)

Dated  9 - 13 - 2022

James Floyd

Initial Complaint

